# United States District Court
## Southern District of Georgia

ANOTONIO FRANKLIN JOHNSON

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-055
CR414-415

UNITED STATES OF AMERICA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's order dated September 29, 2017 adopting the Report and Recommendation of the Magistrate Judge as the opinion of this court, the petitioner, Antonio Franklin Johnson's 28 U.S.C. 2255 Petition is denied. Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. The Clerk of Court is directed to close this case.

| | |
|---|---|
| September 29, 2017 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |